Consultations Log

| Date | Time | Commerce Principal | Interlocutor(s)/Meeting Notation | Party | Call/Meeting | Location |
|---|---|---|---|---|---|---|
| 6/3/2016 | 2:30PM | Paul Piquado, Assistant Secretary for Enforcement and Compliance) | Francisco de Rosenzweig, Under Secretary of Foreign Trade, GOM | The Government of Mexico (GOM) | Call | |
| 6/8/2016 | 1:00PM | Paul Piquado | ASC | American Sugar Coalition (ASC) | Meeting | at Commerce |
| 6/13/2016 | 10:30 AM | Lynn Fischer Fox, Deputy Assistant Secretary for Policy and Negotiations | Alexis Taylor, USDA Under Secretary for Farm and Foreign Agricultural Services | U.S. Department of Agriculture (USDA) | Meeting | at USDA |
| 6/14/2016 | 9:00 AM | Paul Piquado | Counsel to ASC | ASC | Call | |
| 6/16/2016 | 3:30 PM | Paul Piquado | Francisco de Rosenzweig | GOM | Meeting | at Commerce |
| 6/22/2016` | 10:30 AM | Lynn Fischer Fox | Alexis Taylor, USDA | USDA | Meeting | at Commerce |
| 6/23/2016 | 3:00 PM | Lynn Fischer Fox | Counsel to ASC | ASC | Meeting | at Commerce |
| 6/24/2016 | 1:00 PM | Paul Piquado | Paul Farmer, CSC Sugar LLC | CSC Sugar LLC (CSC) | Meeting | at Commerce |
| 6/29/2016 | 2:30 PM | Paul Piquado | Mike Gorrel, CEO of Imperial Sugar & White & Case | Imperial Sugar Company (Imperial) | Meeting | at Commerce |
| 7/6/2016 | 2:00 PM | Lynn Fischer Fox | Mexican Government Officials | GOM | Meeting | at Commerce |
| 7/12/2016 | 10:30 AM | Lynn Fischer Fox | American Sugar Coalition | ASC | Meeting | at Commerce |
| 7/13/2016 | 3:00 PM | Lynn Fischer Fox | Sweetner Users Association | SUA | Meeting | at Commerce |
| 7/15/2016 | 2:30 PM | Lynn Fischer Fox | Mike Gorell, Imperial Sugar CEO | Imperial | Phone Call | Phone |
| 7/19/2016 | 11:00 AM | Lynn Fischer Fox | Mexican Government officials and Mexican Sugar Chamber | GOM, Cámara Nacional de las Industrias Azucarera y Alcoholera (Camara or Sugar Chamber) | Meeting | at Commerce |
| 7/20/2016 | 10:00 AM | Lynn Fischer Fox | Meeting with Counsel to CSC Sugar | CSC | Meeting | at Commerce |
| 7/20/2016 | 11:00AM | Paul Piquado | Mexican Government Officals & Sugar Chamber | GOM, Sugar Chamber | Meeting | at Commerce |
| 7/20/2016 | 2:00 PM | Paul Piquado | ASC | ASC | Meeting | at Commerce |
| 7/21/2016 | 3:30 PM | Paul Piquado | Mexican Government Officials & Sugar Chamber | GOM, Sugar Chamber | Meeting | at Commerce |

| Date | Time | Staff | Subject | Party | Type | Location |
|---|---|---|---|---|---|---|
| 7/21/2016 | 2:30 PM | Lynn Fischer Fox | CSC Sugar & Counsel | CSC | Meeting | at Commerce |
| 7/21/2016 | 4:00 PM | Paul Piquado | Mexican Government Officials & Sugar Chamber | GOM, Sugar Chamber | Meeting | at Commerce |
| 7/22/2016 | 10:45 AM | Sally Gannon, Director of Bilateral Agreements Unit | ASC | ASC | Phone Call | |
| 7/22/2016 | 2:00 PM | Lynn Fischer Fox | Sweetener Users Association | SUA | Meeting | at Commerce |
| 7/22/2016 | 4:00 PM | Paul Piquado | Mexican Government officials and Sugar Chamber | GOM, Sugar Chamber | Phone Call | |
| 7/25/2016 | 1:15 PM | Paul Piquado | Counsel to ASC | ASC | Phone Call | |
| 7/25/2016 | 1:30 PM | Paul Piquado | Corn Refiners Association | Corn Refiners Association | Meeting | at Commerce |
| 7/25/2016 | 4:15 PM | Paul Piquado | Mexican Government officials and Sugar Chamber | GOM, Sugar Chamber | Meeting | at Commerce |
| 7/26/2016 | 5:00 PM | Sally Gannon | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 8/3/2016 | 3:30 PM | Sally Gannon | ASC | ASC | Meeting | at Commerce |
| 8/4/2016 | 2:00 PM | Sally Gannon | GOM Technical Meeting | GOM | Meeting | at Commerce |
| 8/11/2016 | 11:00 AM | Paul Piquado | GOM Meeting and Sugar Chamber | GOM, Sugar Chamber | Meeting | at Commerce |
| 8/15/2016 | 2:00 PM | Sally Gannon | Imperial Counsel (Greg Spak) | Imperial | Phone Call | |
| 8/16/2016 | 4:15 PM | Sally Gannon | Phone Call with CSC Sugar and Counsel | CSC | Phone Call | |
| 8/17/2016 | 3:00 PM | Sally Gannon | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 8/18/2016 | 11:00 AM | Sally Gannon | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 8/24/2016 | 11:30 AM | Paul Piquado | GOM Meeting and Mexican Industry | GOM, Sugar Chamber | Meeting | at Commerce |
| 8/25/2016 | 11:00 AM | Paul Piquado | Meeting with counsel to Petitioners | ASC | Meeting | at Commerce |
| 9/2/2016 | 11:00 AM | Lynn Fischer Fox | Technical Meeting with GOM | GOM | Meeting | at Commerce |
| 9/6/2016 | 10:00 AM | Sally Gannon | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 9/8/2016 | 2:00 PM | Sally Gannon | Phone Call with GOM | GOM | Phone Call | |

| Date | Time | Person | Description | Party | Type | Location |
|---|---|---|---|---|---|---|
| 9/12/2016 | 10:30 AM | Lynn Fischer Fox | Meeting with counsel to Petitioners | ASC | Meeting | at Commerce |
| 9/13/2016 | 10:00 AM | Lynn Fischer Fox | GOM Meeting and Mexican Industry | GOM, Sugar Chamber | Meeting | at Commerce |
| 9/16/2016 | 11:00 AM | Lynn Fischer Fox | Meeting with CSC Counsel Kevin Orsini | CSC | Meeting | at Commerce |
| 9/19/2016 | 4:00 PM | Paul Piquado | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 9/20/2016 | 2:00 PM | Paul Piquado | Meeting with SUA | SUA | Meeting | at Commerce |
| 9/20/2016 | 5:00 PM | Paul Piquado | Phone Call with GOM (Under Secretary Baker) | GOM | Phone Call | |
| 9/21/2016 | 11:00 AM | Paul Piquado | Meeting with Counsel to Petitioners | ASC | Meeting | at Commerce |
| 9/22/2016 | 2:00 PM | Lynn Fischer Fox | Technical Meeting with GOM | GOM | Meeting | at Commerce |
| 9/26/2016 | 11:45 AM | Sally Gannon | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 9/27/2016 | 10:00 AM | Sally Gannon | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 9/29/2016 | 2:00 PM | Sally Gannon | Technical Meeting with GOM | GOM | Meeting | at Commerce |
| 9/29/2016 | 5:00 PM | Paul Piquado | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 9/30/2016 | 10:30 AM | Paul Piquado | Meeting with Under Secretary Baker, GOM | GOM | Meeting | at Commerce |
| 9/30/2016 | 4:00 PM | Paul Piquado | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 10/6/2016 | 11:00 AM | Lynn Fischer Fox | Meeting with counsel to Petitioners | ASC | Meeting | at Commerce |
| 10/13/2016 | 11:00 AM | Paul Piquado | Meeting with Pullman Sugar LLC and its Counsel | Pullman Sugar LLC | Meeting | at Commerce |
| 10/25/2016 | 11:30 AM | Lynn Fischer Fox | Phone Call with USTR/USDA | USDA, Office of the U.S. Trade Represenative (USTR) | Phone Call | |
| 10/25/2016 | 3:00 PM | Lynn Fischer Fox | Technical Meeting with GOM | GOM | Meeting | at Commerce |
| 10/26/2016 | 11:00 AM | Lynn Fischer Fox | Technical Meeting with GOM | GOM | Meeting | at Commerce |
| 10/27/2016 | 3:00 PM | Paul Piquado | Meeting with counsel to Petitioners | ASC | Meeting | at Commerce |
| 10/28/2016 | 4:00 PM | Lynn Fischer Fox | Meeting with USDA/USTR | USDA, USTR | Meeting | at Commerce |
| 11/4/2016 | 10:30 AM | Lynn Fischer Fox | Meeting with GOM | GOM | Meeting | at Commerce |
| 11/4/2016 | 2:30 PM | Lynn Fischer Fox | Meeting with counsel to Petitioners | ASC | Meeting | at Commerce |

| Date | Time | Person | Description | Party | Type | Location |
|---|---|---|---|---|---|---|
| 11/16/2016 | 3:00 PM | Paul Piquado | Meeting with SUA representative Rick Pasco | SUA | Meeting | at Commerce |
| 11/16/2016 | 2:00 PM | Sally Gannon | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 11/17/2016 | 10:30 AM | Sally Gannon | GOM Tecnhical Meeting | GOM | Meeting | at Commerce |
| 11/17/2016 | 2:00 PM | Paul Piquado or Lynn Fischer Fox | Meeting with Paul Farmer and Counsel | CSC | Meeting | at Commerce |
| 11/18/2016 | 1:30 PM | Sally Gannon | GOM Technical Meeting | GOM | Meeting | at Commerce |
| 11/22/2016 | 1:30 PM | Sally Gannon | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 11/29/2016 | 2:00 PM | Sally Gannon | Meeting with Zucarmex Reprentative, Shearman & Sterling | Zucarmex, S.A. | Meeting | at Commerce |
| 11/30/2016 | 11:30 AM | Paul Piquado | Phone Call with Mike Gorrel (Imperial) and Counsel | Imperial | Phone Call | |
| 11/30/2016 | 2:30 PM | Sally Gannon | GOM technical Meeting | GOM | Meeting | at Commerce |
| 11/30/2016 | 4:30 PM | Paul Piquado | Phone Call with Paul Farmer | CSC | Phone Call | |
| 12/1/2016 | 12:00 PM | Paul Piquado | High Level GOM Meeting | GOM | Meeting | at Commerce |
| 12/2/2016 | 10:30 AM | Paul Piquado | Counsel to Petitioners | ASC | Phone Call | |
| 12/2/2016 | 1:00 PM | Paul Piquado | High Level GOM Meeting | GOM | Meeting | at Commerce |
| 12/6/2016 | 2:30 PM | Paul Piquado | Meeting with Paul Farmer & Counsel | CSC | Meeting | at Commerce |
| 12/12/2016 | 11:00 AM | Sally Gannon | Technical Meeting with GOM | GOM | Meeting | at Commerce |
| 12/12/2016 | 5:30 PM | Paul Piquado | Meeting with GOM | GOM | Meeting | at Commerce |
| 12/13/2016 | 9:30 AM | Paul Piquado | High Level GOM Meeting | GOM | Meeting | at Commerce |
| 12/13/2016 | 11:30 AM | Sally Gannon | Technical Meeting with GOM | GOM | Meeting | at Commerce |
| 12/13/2016 | 2:30 PM | Paul Piquado | Meeting with ASC CEOs | ASC | Meeting | at Commerce |
| 12/13/2016 | 3:00 PM | Paul Piquado | High Level GOM Meeting | GOM | Meeting | at Commerce |
| 12/13/2016 | 3:00 PM | Paul Piquado | Meeting with counsel to Petitioners | ASC | Meeting | at Commerce |
| 12/14/2016 | 9:30 AM | Paul Piquado | Meeting with GOM and Industry | GOM, Sugar Chamber | Meeting | at Commerce |
| 12/14/2016 | 10:30 AM | Paul Piquado | Meeting with counsel to Petitioners | ASC | Meeting | at Commerce |
| 12/21/2016 | 1:30 PM | Paul Piquado | Phone Call with Paul Farmer | CSC | Phone Call | |
| 2/24/2017 | 3:00 PM | Sally Gannon | Meeting with GOM Embassy Officials | GOM | Meeting | at Commerce |

| Date | Time | Person | Description | Party | Type | Location |
|---|---|---|---|---|---|---|
| 3/9/2017 | | Secretary Wilbur Ross, Director of Policy and Planning Earl Comstock | Meeting with GOM | GOM | Meeting | at Commerce |
| 3/13/2017 | | Secretary Wilbur Ross | Phone Call with Pepe Fanjul, Florida Crystals | ASC | Phone Call | |
| 3/14/2017 | 8:30 AM | Secretary Wilbur Ross | Phone Call with Minister Guajardo | GOM | Phone Call | |
| 3/20/2017 | 10:00 AM | Ronald Lorentzen, Acting Assistant Secretary for Enforcement & Compliance | Meeting with Petitioners | ASC | Meeting | at Commerce |
| 3/20/2017 | 12:30 PM | Ronald Lorentzen | Meeting with GOM | GOM | Meeting | at Commerce |
| 3/21/2017 | 11:00 AM | Secretary Wilbur Ross | Meeting with Petitioners, including CEOs and Counsel | GOM | Meeting | at Commerce |
| 3/21/2017 | 1:00 PM | Carole Showers, Director of the Office of Policy, Enforcement & Compliance | Meeting with GOM | GOM | Meeting | at Commerce |
| 3/21/2017 | 2:00 PM | Sally Gannon | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 3/22/2017 | 12:30 PM | Sally Gannon | Meeting with Counsel to Imperial and ASC | ASC, Imperial | Meeting | at Commerce |
| 3/23/2017 | 11:00 AM | Secretary Ross, Earl Comstock | Meeting with John Bode, President and CEO, Corn Refiners Association | Corn Refiners Association | Meeting | at Commerce |
| 3/28/2017 | 3:30 PM | Secretary Ross, Earl Comstock | Meeting with Paul Farmer, CSC Sugar | CSC | Meeting | at Commerce |
| 4/3/2017 | 5:00 PM | Ronald Lorentzen | Meeting with USDA/USTR | USDA, USTR | Meeting | at Commerce |
| 4/4/2017 | 10:00 AM | Sally Gannon | Call with Counsel to Imperial | Imperial | Phone Call | |
| 4/5/2017 | 11:05 AM | Secretary Ross | Meeting with Imperial CEO and Counsel | Imperial | Meeting | at Commerce |

| Date | Time | Person | Description | Party | Type | Location |
|---|---|---|---|---|---|---|
| 4/12/2018 | | Sally Gannon | Counsel to Mexican Industry | Sugar Chamber | Phone Call | |
| 4/17/2018 | 6:15 PM | Earl Comstock | Phone Call with ASC | ASC | Phone Call | |
| 4/18/2017 | 2:30 PM | Roald Lorentzen | Meeting with Paul Farmer | CSC | Meeting | at Commerce |
| 4/18/2017 | 4:00 PM | Sally Gannon | Phone call with USDA | USDA | Phone Call | |
| 4/20/2017 | 5:45 PM | Secretary and Earl | Phone call with ASC and counsel | ASC | Phone Call | |
| 4/21/2017 | 11:00 AM | Secretary and Earl | Phone call with ASC and counsel | ASC | Phone Call | |
| 4/21/2017 | 5:00 PM | Secretary Ross | Phone Call with Secretary Guajardo | GOM | Phone Call | |
| 4/25/2017 | | Secretary Ross, Earl Comstock | Meeting with GOM and Industry | GOM, Sugar Chamber | Meeting | at Commerce |
| 4/26/2017 | 11:30 AM | Sally Gannon | Phone Call with Paul Farmer | CSC | Phone Call | |
| 4/26/2017 | | Secretary Ross | Phone Call with Minister Guajardo | GOM | Phone Call | |
| 4/27/2017 | 3:30 PM | Secretary Ross, Earl Comstock | Meeting with GOM and Camara | GOM, Sugar Chamber | Meeting | at Commerce |
| 4/27/2017 | 6:15 PM | Secretary Ross, Earl Comstock | Phone Call with Petitioners | ASC | Phone Call | |
| 4/28/2017 | | Sally Gannon | Phone Call with Paul Farmer | CSC | Phone Call | |
| 4/28/2017 | | Sally Gannon | Phone Call with Counsel to Imperial | Imperial | Phone Call | |
| 4/28/2017 | 10:30 AM | Sally Gannon | Meeting with GOM | GOM | Meeting | at Commerce |
| 4/28/2017 | 11:30 AM | Secretary Ross, Earl Comstock | Phone Call with Minister Guajardo | GOM | Phone Call | |
| 4/28/2017 | 5:30 PM | Secretary Ross | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 4/29/2017 | 6:00 PM | Secretary Ross | Phone Call with Counsel to Petitioners | ASC | Phone Call | |

| Date | Time | Participants | Subject | Party | Type | Location |
|---|---|---|---|---|---|---|
| 5/1/2017 | 10:00 AM | Secretary Ross, Secretary of Agriculture Sonny Perdue | Meeting with Petitioners | ASC | Meeting | at USDA |
| 5/1/2017 | | Secretary Ross/Earl Comstock | Phone Call with GOM and Camara | GOM, Sugar Chamber | Phone Call | |
| 5/1/2017 | 5:30 PM | Secretary Ross/Earl Comstock | Pepe Fanjul Senior, Florida Crystals | ASC | Phone Call | |
| 5/8/2017 | 11:00 AM | Sally Gannon | USDA | USDA | Phone Call | |
| 5/10/2017 | | Secretary Ross | Meeting with John Bode, President and CEO, Corn Refiners Association | Corn Refiners Association | Meeting | at Commerce |
| 5/15/2017 | 4:30 PM | Secretary Ross | Meeting with GOM, Minister of Economy Guajardo | GOM | Meeting | at Commerce |
| 5/17/2017 | 1:00 PM | Sally Gannon | Meeting with Sweetener Users Association | SUA | Meeting | at Commerce |
| 5/24/2017 | | Secretary Ross | Minister Guajardo | GOM | Phone Call | |
| 5/25/2017 | 12:30 PM | Ken Hyatt, Deputy Under Secretary for International Trade | Phone Call with Juan Carlos Baker | GOM | Phone Call | |
| 6/2/2017 | 1:30 PM | Secretary Ross | Phone Call with ASC | ASC | Phone Call | |
| 6/4/2017 | 11:00 AM | Secretary Ross | Phone Call with Minister Guajardo | GOM | Phone Call | |
| 6/5/2017 | 8:00 AM | Secretary Ross | Minister Guajardo | GOM | Meeting | |
| 6/5/2017 | 2:30 PM | Earl Comstock | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 6/5/2017 | 6:30 PM | Earl Comstock | Meeting with GOM | GOM | Meeting | at Commerce |
| 6/6/2017 | 10:00 AM | Secretary Ross/Earl Comstock | Phone Call with Petitioners | ASC | Phone Call | |
| 6/6/2017 | 1:30 PM | Secretary Ross | Sugar Press Conference | GOM | Press Conference | |

| Date | Time | Person | Subject | Party | Type | Location |
|---|---|---|---|---|---|---|
| 6/7/2017 | | Earl Comstock | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 6/12/2017 | 11:00 AM | Earl Comstock | USDA Phone Call | USDA | Phone Call | |
| 6/12/2017 | 1:30 PM | Earl Comstock | Phone Call with Counsel to Petitioners | ASC | Phone Call | |
| 6/12/2017 | 5:15 PM | Earl Comstock | Initialing of Term Sheets | GOM, Sugar Chamber | Meeting | at Commerce |
| 6/14/2017 | 10:00 AM | Earl Comstock | Initialing of Ageeements | GOM, Sugar Chamber | Meeting | at Commerce |
| 6/14/2017 | 11:30 AM | Secretary Ross/Earl Comstock | Meeting with Juan Carlos Baker | GOM | Meeting | at Commerce |
| 6/16/2017 | 3:00 PM | Sally Gannon | Phone Call with SUA | SUA | Phone Call | |
| 6/29/2017 | 10:00 AM | Sally Gannon | Call with CBP on Sugar TRQ | U.S. Customs and Border Protection | Phone Call | |
| 6/29/2017 | 11:00 AM | Sally Gannon | USDA Phone Call with DOC Team | USDA | Phone Call | |
| 6/30/2017 | 11:00 AM | Sally Gannon | Meeting with GOM | GOM | Meeting | at Commerce |
| 6/30/2017 | 1:30 PM | Sally Gannon | Phone Call with GOM and Industry Reps | GOM, Sugar Chamber | Phone Call | |