Email and Document Log

| Doc # | Document Barcode | Attachment Barcode | From | To | Subject | Attachment Title | Meeting Reference | Submitting Party | Additional Submitting Party |
|---|---|---|---|---|---|---|---|---|---|
| 0A | 20160805-91741 | 20160805-91741-01 | Kevin Orsini | David Cordell | CSC Sugar | 2016.08.04 Letter.pdf | | CSC | |
| | | 20160805-91741-02 | | | | Mexico Bulk Sugar Logistics 08032016.pdf | | | |
| 1 | 20160808-35800 | | Sally Gannon | Kenneth Smith | RE: Pending items in preparation for meeting with Paul Piquado | | 8/4/2016 | GOM | DOC |
| 2 | 20160810-34433 | 20160810-34433-01 | Robert Cassidy | Paul Piquado | PRE DECISIONAL INFORMAITON NOT FOR PUBLIC DISCLOSURE | 16-8-10 DOC Meeting Package PRE DECISIONAL INFORMATION NOT FOR PUBLIC DISCLOSURE.pdf | References possible 8/10/16 meeting | ASC | |
| 3 | 20160810-52400 | | Sally Gannon | Charles Levy | RE: PRE DECISIONAL INFORMAITON NOT FOR PUBLIC DISCLOSURE | | | ASC | |
| 3A | 20160811-104527 | | Kevin Orsini | Sally Gannon | Re: one question on CSC's slides | | | CSC | DOC |
| 4 | 20160816-54300 | | Sally Gannon | Charles Levy | RE: touching base | | | ASC | DOC |
| 5 | 20160817-14008 | | Aristeo Lopez | Ryan Rhodes | FW: Upcoming meetings re: Sugar | | | GOM | DOC |
| 6 | 20160818-101322 | 20160818-101322-01 | Robert Cassidy | Sally Gannon | PRE-DECISIONAL INFORMATION; NOT FOR PUBLIC DISTRIBUTION | 16-8-16 END USE MONITORING.pdf | 8/18/2016, 11AM | ASC | |
| | | 20160818-101322-02 | | | | 16-8-16 End Use Self Reporting vs TRQ Protocol.pdf | 8/18/2016, 11AM | ASC | |
| 7 | 20160822-14144 | 20160822-14144-01 | Gregory Spak | Lynn Fischer Fox | Sugar | 2016_08_19 US Sugar Market Update Imperial (3).PDF | | IMP | |
| 7A | 20160823-45125 | 20160823-45125-01 | Kevin Orsini | Sally Gannon | Re: one question on CSC's slides | CSC Overview.pdf | 8/16/2016, 4:15 PM | CSC | |
| 8 | 20160829-34253 | 20160829-34253-01 | Barbara Fecso | Sally Gannon | RE: Could you please send the ITC list of cane refiners? | Needs Calc Example.xlsx | | USDA | DOC |

Email and Document Log

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 20160830-81226 | 20160830-81226-01 | Barbara Fecso | Lynn Fischer Fox | FW: Per Your Request, Alexis | Compares Proposals 1 and 2 with formula for contingency.xlsx | | USDA | | |
| | | 20160830-81226-02 | | | | POSSIBLE ALTERNATIVES TO BOTH THE COALITION (Joy) Ron TRK (Joy) bf.docx | | USDA | | |
| 10 | 20160831-95126 | 20160831-95126-01 | Gregory Spak | Lynn Fischer Fox | Sugar | Sugar Negotiation.pdf | | IMP | | |
| 11 | 20160902-115855 | | | Robert Cassidy | Lynn Fischer Fox | PRE DECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | | | |
| 12 | 20160905-91416 | 20160905-91416-01 | Gregory Spak | Lynn Fischer Fox | RE: Sugar | DOC Draft Proposal Revised 090116.docx | | IMP | DOC | |
| 13 | 20160906-41500 | 20160906-41500-01 | Sally Gannon | Charles Levy | Revised DOC Proposal for your clients | DOC Draft Proposal REVISED 090616.docx | 9/6/2016 | DOC | | |
| 14 | 20160907-90700 | 20160907-90700-01 | Sally Gannon | Gregory Spak | FW: Revised DOC Proposal for your clients | DOC Draft Proposal REVISED 090616.docx | | DOC | | |
| 15 | 20160907-30224 | 20160907-30224-01 | David Cordell | Robert Cassidy | Handout from Meeting with GOM | GOM Handout from 9 2 2016 Meetingsent to ASC.pdf | 9/2/16, 11AM | GOM | DOC | |
| 16 | 20160908-112731 | | Gregory Spak | Sally Gannon | RE: Revised DOC Proposal for your clients | | | IMP | | |
| 17 | 20160908-122400 | | Sally Gannon | Aristeo Lopez | RE: technical meeting-Mexican Sugar | | References 9/2016 call and possible 9/13/2016 meeting | GOM | DOC | |
| 18 | 20160913-121459 | 20160913-121459-01 | Robert Cassidy | Lynn Fischer Fox | RE: Handout from Meeting with GOM | 16-9-6 Price charts Raw, Refined and Mexico price charts.docx | | ASC | | |
| 19 | 20160919-50859 | 20160919-50859-01 | Jim DuBeau | Zobie Davis | SUA Letter to Secretary Pritzker (U.S.-Mexico Sugar Suspension Agreements) | SUA Ltr to Secretary Pritzker (U.S.-Mexico Sugar Suspension Agreements) 9-19-2016.pdf | | SUA | | |

Email and Document Log

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 20160922-94439 | 20160922-94439-01 | Charles Levy | Sally Gannon | FW: Pre-Decisional Negotaiting Information | DOC005.pdf | | ASC | |
| | | 20160922-94439-02 | | | | DOC000.pdf | | | |
| 21 | 20160927-101400 | 20160927-101400-01 | Sally Gannon | Charles Levy | FW: Revised proposal with minor changes | DOC Draft Proposal 092616 NEW.docx | | DOC | |
| 22 | 20160927-104900 | | Sally Gannon | Charles Levy | RE: Revised proposal with minor changes | | | DOC | USDA |
| 23 | 20160927-110948 | 20160927-110948-01 | Robert Cassidy | Sally Gannon | PRE DECISIONAL NEGOTIATION INFORMATION--NOT FOR PUBLIC DISCLOSURE | 16-9-27 DOC Draft Proposal NEW rev 1.docx | References meetings with GOM week of Sept. 26 | ASC | DOC |
| 24 | 20160927-20600 | 20160927-20600-01 | Sally Gannon | Robert Cassidy | RE: PRE DECISIONAL NEGOTIATION INFORMATION--NOT FOR PUBLIC DISCLOSURE | DOC Draft Proposal 092716 NEW Noon CLEAN.docx | References meetings with GOM week of Sept. 26 | ASC | DOC |
| 25 | 20160927-21200 | | Sally Gannon | Robert Cassidy | RE: PRE DECISIONAL NEGOTIATION INFORMATION--NOT FOR PUBLIC DISCLOSURE | | References meetings with GOM week of Sept. 26 | ASC | DOC |
| 26 | 20160927-40100 | | Sally Gannon | Kenneth Smith | RE: Sugar meetings this week | | References meeting 9/29/16 2pm | GOM | DOC |
| 27 | 20160927-62215 | 20160927-62215-01 | Kristina Zissis | Sally Gannon | RE: Sugar: Polarity and prices | Imperial Sugar - Documents on Polarity.pdf | | IMP | DOC |
| 28 | 20161005-63900 | | Sally Gannon | Charles Levy | RE: Mexican sugar--meeting with Lynn | | 10/6/2016, 11AM | ASC | DOC |
| 29 | 20161006-122023 | | Robert Cassidy | Sally Gannon | RE: formula used to get from polarity to purity | | | DOC | |
| 30 | 20161012-124024 | | Robert Cassidy | Lynn Fischer Fox | PRE DECISIONAL INFORMATION - NOT FOR PUBLIC DISCLOSURE | | | ASC | |
| 31 | 20161012-93017 | 20161012-93017-01 | Mark Ross | Gregory Spak | Documents for Sugar | DOC Draft Proposal 092716 NEW Noon CLEAN.pdf | | DOC | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 20161012-93017-02 | | | | DOC Draft Proposal NEW 10 AM 100616.pdf | 10/6/2016, 11AM | DOC | |
| 32 | 20161013-34639 | 20161013-34639-01 | Gregory Spak | Mark Ross | FW: Documents for Sugar | Imperial"s Comments to DOC Draft Proposal NEW 10 AM 100616.docx | | IMP | DOC |
| 33 | 20161019-51338 | 20161019-51338-01 | David Cordell | Lynn Fischer Fox | BLUF Follow up from last meeting from GOM | MEXICAN POSITION_V_USDOC.PDF | | GOM | |
| 34 | 20161020-85941 | | Juan Carlos Baker | Paul Piquado | Fwd: Regards and next week | | | GOM | |
| 35 | 20161024-105230 | | Robert Cassidy | Sally Gannon | RE: Documents for Sugar | | | ASC | IMP |
| 36 | 20161025-60200 | 20161025-60200-01 | David Cordell | Charles Levy | List of Ports | Ports of Entry.docx | | DOC | |
| | | 20161025-60200-02 | | | | ITC list.pdf | | DOC | |
| 37 | 20161025-61042 | | Charles Levy | David Cordell | RE: List of Ports | | | ASC | |
| 38 | 20161026-110000 | | Sally Gannon | Charles Levy | RE: got your voicemail question | | | DOC | |
| 39 | 20161026-23955 | | Robert Cassidy | Sally Gannon | PREDECISIONAL INFORMATION - NOT FOR PUBLIC DISCLOSURE | | | References 10/26/16 meeting with GOM/Camara | DOC |
| 40 | 20161028-94600 | | Sally Gannon | Ronald Baumgarten | RE: ACTION NEEDED: Talking Points, as discussed, for today"s Sugar Meeting | | | USTR | USDA |
| 41 | 20161114-22051 | | Paul Farmer | Sally Gannon | Mexico- Sales and shipments | | | | |
| 42 | 20161117-62110 | 20161117-62110-01 | Kenneth Smith | Sally Gannon | Mexican draft proposal | Draft Term Sheet Nov 17.docx | 11/18/16, 1PM | MEX | |
| 43 | 20161117-62500 | | Sally Gannon | Kenneth Smith | RE: Mexican draft proposal | | 11/18/16, 1PM | GOM | DOC |
| 43A | 20161118-120324 | | Rick Pasco | Samuel Ruddy | Sweetener Users Meeting Follow Up | | 11/16/16, 3PM | SUA | |
| 44 | 20161118-61056 | 20161118-61056-01 | Rory Leraris | Sally Gannon | RE: Sugar--meeting next week | New Approach to the Problem.pdf | 11/17/16, 2PM | CSC | DOC |

| 45 | 20161121-115537 | 20161121-115537-01 | Thomas Earley | Sally Gannon | Sugar price discussion | sss-m-339.pdf | | SUA | |
| | | 20161121-115537-02 | | | | SoslandSweetenerReport for 2016-11-16.pdf | | SUA | |
| | | 20161121-115537-03 | | | | Sosland sweetener email 11-18-16.pdf | | SUA | |
| | | 20161121-115537-04 | | | | Sally Gannon note.docx | | SUA | |
| 46 | 20161122-55102 | 20161122-55102-01 | Kenneth Smith | Sally Gannon | GOM Sugar proposal | Sugar CVD Agreement REVISED.docx | References meeting following week | MEX | |
| 47 | 20161125-35102 | 20161125-35102-01 | Sally Gannon | Kenneth Smith | Fwd: Tendering System Bullets 112516 KS | Tendering System Bullets 112516 KS.docx | | DOC | MEX |
| 48 | 20161128-45700 | 20161128-45700-01 | Sally Gannon | Robert Cassidy | Please see: GOM/Industry Proposal and DOC Proposal | DOC Proposal 112816 clean.pdf | | DOC | MEX |
| | | 20161128-45700-02 | | | | Sugar CVD Agreement REVISED from GOM-Industry 112216.docx | | DOC | MEX |
| 49 | 20161129-42200 | 20161129-42200-01 | Sally Gannon | Gregory Spak | DOC Proposal--CLOSE-HOLD | DOC Proposal 112816 clean.pdf | References meetings with GOM and Camara week of Nov. 28, 2016 | DOC | |
| 50 | 20161130-94600 | | Sally Gannon | Robert Cassidy | RE: Suggestion | | | ASC | DOC |
| 51 | 20161201-91320 | | Paul Farmer | Sally Gannon | Follow up on Wednesdays conference call | | Referencing a phone call on 11/30/16 | CSC | |
| 52 | 20161201-63800 | | Sally Gannon | Robert Cassidy | RE: Mexican Sugar | | | ASC | DOC |
| 53 | 20161201-73945 | | Sally Gannon | Kenneth Smith | Re: Next steps? | | 12/2/16, 1PM | MEX | DOC |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | 20161201-84318 | 20161201-84318-01 | Robert Cassidy | Paul Piquado | PREDECISIONAL INFORMATION NOT FOR PUBLIC DISCLOSURE | 16-12-1 ASC recommendations for counter proposal to GOM PREDECISIONAL INFORMATION NOT FOR PUBLIC DISCLOSURE 1.docx | | ASC | DOC |
| 55 | 20161202-92134 | 20161202-92134-01 | Charles Levy | Paul Piquado | CORRECTED PREDECISIONAL INFORMATION NOT FOR PUBLIC DISCLOSURE | 16-12-1 ASC recommendations for counter proposal to GOM PREDECISIONAL INFORMATION NOT FOR PUBLIC DISCLOSURE 1.docx | | ASC | DOC |
| 56 | 20161202-35700 | 20161202-35700-01 | Sally Gannon | Robert Cassidy | here is the language we handed over on Additional Needs | DOC - USDA Additional Supply Language 120216.docx | | DOC | USDA |
| 57 | 20161205-115200 | | Sally Gannon | Gregory Spak | RE: feedback for DOC | | | IMP | |
| 58 | 20161205-20900 | | Sally Gannon | Kenneth Smith | RE: Next steps | | | GOM | DOC |
| 59 | 20161207-111227 | | Ronald Lord | Sally Gannon | FW: technical questions | | | USDA | DOC |
| 60 | 20161208-52214 | | Charles Levy | Paul Piquado | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | | ASC | |
| 61 | 20161209-71844 | | Sally Gannon | Aristeo Lopez | Re: Meetings on Sugar next week | | Referencing a possible meeting on 12/12/16 | GOM | DOC |
| 62 | 20161212-43500 | | Sally Gannon | Aristeo Lopez | RE: USG proposal - Additional US Needs | | Referencing a possible meeting on 12/12/16 | GOM | DOC |
| 63 | 20161212-81537 | 20161212-81537-01 | Sally Gannon | Charles Levy | Mexico"s latest proposal-Close-Hold | Sugar- Mexicos proposal.docx | | DOC | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 20161212-81731 | 20161212-81731-01 | Sally Gannon | Gregory Spak | Fwd: Mexico"s latest proposal-Close-Hold | Sugar- Mexicos proposal.docx | | DOC | |
| 65 | 20161213-100600 | | Sally Gannon | Aristeo Lopez | RE: USG proposal - Additional US Needs | | Referencing a meeting  12/13/16, 3pm | GOM | DOC |
| 66 | 20161213-104635 | | Gregory Spak | Sally Gannon | RE: Mexico"s latest proposal-Close-Hold | | | IMP | |
| 67 | 20161215-100900 | | Sally Gannon | Robert Cassidy | Follow-up questions on end-use authority | | | DOC | |
| 68 | 20161215-45500 | | Sally Gannon | Charles Levy | RE: Follow-up questions on end-use authority | | | ASC | DOC |
| 69 | 20161219-85126 | 20161219-85126-01 | Charles Levy | Paul Piquado | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | 16-12-18 ASC proposal for consideration by DOC.docx | | ASC | |
| 70 | 20161219-114000 | | Sally Gannon | Charles Levy | RE: PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | | ASC | DOC |
| 71 | 20161219-121430 | | Robert Cassidy | Sally Gannon | RE: PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | | ASC | |
| 72 | 20161219-123100 | 20161219-123100-01 | Sally Gannon | Kenneth Smith | U.S. Industry Counter-Proposal | 16-12-18 ASC proposal for consideration by DOC.docx | | DOC | |
| 73 | 20161222-95600 | | Sally Gannon | Robert Cassidy | RE: your voicemail | | | DOC | ASC |
| 74 | 20161223-124827 | | Gregory Spak | Paul Piquado | RE: Sugar | | | IMP | DOC |
| 75 | 20161223-23122 | 20161223-23122-01 | Gregory Spak | Paul Piquado | RE: Sugar | Suspension_Agreements.pdf | | IMP | |
| 76 | 20170307-65309 | | Sally Gannon | Robert Cassidy | Re: Termination provisions of the suspension agreements | | References possible 3/7/17 meeting | ASC | DOC |
| 77 | 20170309-75520 | | Kenneth Smith | Earl Comstock | Suggestions for press release and press conference tomorrow | | | GOM | |
| 78 | 20170310-65300 | | James Rockas | Kenneth Smith | Re: Paragraph for Draft Press Release | | | DOC | |

Email and Document Log

| 79 | 20170315-124632 | 20170315-124632-01 | Gregory Spak | Sally Gannon | Sugar negotiations | Imperial_SA-Negotiations.pdf | | IMP | |
| 80 | 20170317-112305 | | Robert Cassidy | Carole Showers | RE: Meeting at the Department of Commerce Monday, 3/20 with Ron Lorentzen | | 3/20/2017 10AM; 3/21/17 11AM | ASC | DOC |
| 81 | 20170321-11719 | | Earl Comstock | Paul Farmer | Re: Mexico -Sugar Suspension Agreement | | | CSC | DOC |
| 82 | 20170321-41934 | | Earl Comstock | Robert Cassidy | Sugar Negotiations | | | ASC | DOC |
| 83 | 20170324-35100 | 20170324-35100-01 | Sally Gannon | Kenneth Smith | Department of Commerce Proposal on Mexican Sugar Suspension Agreements | DOC Proposal to GOM 032417.pdf | | DOC | |
| 84 | 20170324-41500 | | Sally Gannon | Kenneth Smith | RE: Department of Commerce Proposal on Mexican Sugar Suspension Agreements | | References possible 3/30/2017 meeting | GOM | DOC |
| 85 | 20170325-12046 | | Earl Comstock | Paul Farmer | Re: CSC Sugar/ Mexico Suspension Agreement | | | CSC | DOC |
| 86 | 20170327-33901 | | Earl Comstock | Paul Farmer | Re: CSC Sugar- This is the deal that would work. And the last of my emails. | | References meeting with Secretary 3/28/17, 3:30 pm | CSC | DOC |
| 87 | 20170329-42428 | 20170329-42428-01 | Aristeo Lopez | Ronald Lorentzen | RE: Department of Commerce Proposal on Mexican Sugar Suspension Agreements | preliminary comments on sugar proposal.pdf | | GOM | DOC |
| 88 | 20170403-102000 | | Sally Gannon | Sharon Bomer Lauritsen | RE: Follow Up | | | USTR | DOC |
| 89 | 20170404-111606 | | Gregory Spak | Sally Gannon | RE: Meeting | | 4/4/17 10AM; 4/5/17 11:45AM | IMP | DOC |
| 90 | 20170404-12944 | 20170404-12944-01 | Aristeo Lopez | Sally Gannon | Additional information | EL y AB Scenario.pdf | | GOM | |
| 91 | 20170404-40240 | 20170404-40240-01 | Annelies Winborne | Sally Gannon | RE: Additional supplies | REV DOC Proposal Addl Supply 040417 abw.docx | | USTR | DOC |

Email and Document Log

| 92 | 20170405-102643 | | Michael Gorrell | Earl Comstock | Re: Move meeting to 11:05 am | | | IMP | DOC |
|---|---|---|---|---|---|---|---|---|---|
| 93 | 20170407-90819 | | Earl Comstock | Robert Cassidy | Re: RESCHEDULE Today"s Call | | References Meeting with Secretary 4/11/17, 9:30 am | ASC | DOC |
| 94 | 20170417-35950 | | Kenneth Smith | Ronald Lorentzen | Re: Department of Commerce Proposal on Mexican Sugar Suspension Agreements | | | GOM | DOC |
| 95 | 20170417-40000 | | Kenneth Smith | Ronald Lorentzen | Re: Department of Commerce Proposal on Mexican Sugar Suspension Agreements | | | GOM | DOC |
| 96 | 20170417-45300 | 20170417-45300-01 | Sally Gannon | Robert Cassidy | DOC Proposal | REV DOC Proposal 041717.pdf | | DOC | |
| 97 | 20170417-45400 | 20170417-45400-01 | Sally Gannon | Gregory Spak | FW: DOC Proposal | REV DOC Proposal 041717.pdf | | DOC | |
| 97A | 20170417-45800 | 20170417-45800-01 | Sally Gannon | Kevin Orsini | DOC Proposal | REV DOC Proposal 041717.pdf | | DOC | |
| 98 | 20170417-50445 | | Gregory Spak | Sally Gannon | RE: DOC Proposal | | | IMP | DOC |
| 99 | 20170417-81557 | | Robert Cassidy | Sally Gannon | RE: DOC Proposal | | | ASC | DOC |
| 100 | 20170418-62946 | | Gregory Spak | Sally Gannon | RE: DOC Proposal | | | IMP | DOC |
| 101 | 20170419-124025 | | James Cannon | Earl Comstock | Predecisional Information Not for Public Disclosure | | | ASC | |
| 102 | 20170419-10404 | 20170419-10404-01 | Paul Farmer | Sally Gannon | CSC Comments | Comments on DOC draft (2) - wjp 19j2017 v3 - formula penalty.docx | | CSC | |
| 103 | 20170419-13300 | | Sally Gannon | Robert Cassidy | RE: Predecisional Information Not for Public Disclosure | | | ASC | DOC |
| 104 | 20170420-91900 | 20170420-91900-01 | Sally Gannon | Robert Cassidy | Revised DOC Sugar Proposal | REV DOC Proposal 042017.pdf | 4/21/17, 11am | DOC | |

| 105 | 20170420-92200 | 20170420-92200-01 | Sally Gannon | Gregory Spak | Revised DOC Sugar Proposal | REV DOC Proposal 042017.pdf | | DOC | |
| 106 | 20170420-92400 | 20170420-92400-01 | Sally Gannon | Paul Farmer | Revised DOC Sugar Proposal | REV DOC Proposal 042017.pdf | | DOC | |
| 107 | 20170421-92351 | 20170421-92351-01 | Paul Farmer | Sally Gannon | RE: Revised DOC Sugar Proposal | response to DOC 04212017.pdf | | CSC | DOC |
| 108 | 20170421-124500 | 20170421-124500-01 | Sally Gannon | Robert Cassidy | RE: Predecisional Information; Not for Public Disclosure | REV DOC Proposal 042117 1245 PM.pdf | | ASC | DOC |
| 109 | 20170421-13156 | | Robert Cassidy | Sally Gannon | Predecisional Information; Not for Public Disclosure | | | ASC | DOC |
| 110 | 20170421-14728 | | Gregory Spak | Sally Gannon | RE: Revised DOC Sugar Proposal | | | IMP | DOC |
| 111 | 20170421-62122 | | Earl Comstock | Paul Farmer | Re: MEXICO Sugar | | | CSC | DOC |
| 112 | 20170424-65800 | 20170424-65800-01 | Sally Gannon | Kenneth Smith | Revised DOC Sugar Proposal for GOM"s/Mexican Industry"s Consideration | REV DOC Proposal 042417.pdf | | DOC | |
| 113 | 20170424-70300 | 20170424-70300-01 | Sally Gannon | Charles Levy | Revised DOC Sugar Proposal for GOM"s/Mexican Industry"s Consideration | REV DOC Proposal 042417.pdf | | DOC | |
| 114 | 20170424-70400 | 20170424-70400-01 | Sally Gannon | Gregory Spak | Revised DOC Sugar Proposal for GOM"s/Mexican Industry"s Consideration | REV DOC Proposal 042417.pdf | | DOC | |
| 115 | 20170424-70600 | 20170424-70600-01 | Sally Gannon | Paul Farmer | Revised DOC Sugar Proposal for GOM"s/Mexican Industry"s Consideration | REV DOC Proposal 042417.pdf | | DOC | |
| 116 | 20170424-70700 | | Sally Gannon | Kenneth Smith | RE: Revised DOC Sugar Proposal for GOM"s/Mexican Industry"s Consideration | | | DOC | |
| 117 | 20170424-101821 | | Earl Comstock | Paul Farmer | Re: Mexico | | Referencing planned phone call on 4/25/17  8:30 am | CSC | DOC |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 118 | 20170425-103000 | | Sally Gannon | Robert Cassidy | RE: Revised DOC Sugar Proposal for GOM"s/Mexican Industry"s Consideration | | | ASC | DOC |
| 119 | 20170425-62312 | 20170425-62312-01 | Aristeo Lopez | Sally Gannon | RE: Revised DOC Sugar Proposal for GOM"s/Mexican Industry"s Consideration | Comments on Key Points April 25.docx | References discussion that day | GOM | DOC |
| 120 | 20170425-63430 | 20170425-63430-01 | Juan Cortina | Earl Comstock | Fwd: Azúcar- Mexican proposal | Comments on Key Points April 25.docx | References meeting from that morning; also discussed on 4/27/17 at 3:30 | MEX | |
| 121 | 20170427-85650 | 20170427-85650-01 | Robert Cassidy | Earl Comstock | PRE DECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | USDA Increases FY 2016 U.S. Sugar Overa...pdf | | ASC | |
| 122 | 20170427-95905 | | Earl Comstock | Robert Cassidy | Re: PRE DECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | | ASC | DOC |
| 123 | 20170427-105951 | | Earl Comstock | Sally Gannon | Re: if you know | | | | |
| 124 | 20170428-114853 | 20170428-114853-01 | Robert Cassidy | Earl Comstock | PREDECSIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | 17-4-28 Mexican and US Refined Prices.pdf | | ASC | |
| | | 20170428-114853-02 | | | | 17-4-29 Mexican Estandar and US Raw Sugar Prices.pdf | | ASC | |
| 125 | 20170428-25451 | | Robert Cassidy | Earl Comstock | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | | ASC | USDA |
| 126 | 20170428-32932 | 20170428-32932-01 | Earl Comstock | Robert Cassidy | Re: PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | References phone call with doemstic industry 5:30 pm | ASC | USDA |
| 127 | 20170428-95245 | | Gregory Spak | Sally Gannon | RE: update on Mexico sugar deal | | | IMP | DOC |

Email and Document Log

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 128 | 20170428-112145 | | Kenneth Smith | Earl Comstock | Re: Following up on Secretaries´call | | | GOM | DOC |
| 129 | 20170429-94405 | 20170429-94405-01 | Sally Gannon | Earl Comstock | Fwd: See Import Wedge Idea in attached | 3 choices.xlsx | | USDA | DOC |
| 130 | 20170429-122446 | | Earl Comstock | Sally Gannon | Re: Mexican counter proposal | | | MEX | DOC |
| 131 | 20170429-54348 | | Earl Comstock | Sally Gannon | Fwd: Letter to Honorable Wilbur Ross | | | CRA (Corn Refiners) | |
| 132 | 20170429-71226 | 20170429-71226-01 | Robert Cassidy | Earl Comstock | PRE DECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | 16-12-12 GOM Proposal.docx | | ASC | |
| 133 | 20170429-80336 | 20170429-80336-01 | Robert Cassidy | Earl Comstock | FW: Mexico"s latest proposal-Close-Hold | Sugar- Mexicos proposal.docx | | ASC | DOC |
| 134 | 20170430-10046 | | Earl Comstock | Paul Farmer | Re: Mexico | | | CSC | DOC |
| 135 | 20170501-54411 | | Gregory Spak | Earl Comstock | RE: update on Mexico sugar deal | | | IMP | DOC |
| 136 | 20170502-21544 | | Jeffrey Grimson | Sally Gannon | RE: Mexican Sugar Letter re Termination | | | BAT (Batory) | DOC |
| 137 | 20170504-115524 | 20170504-115524-01 | Michael Gorrell | Earl Comstock | letter to Secretary Perdue | 2017_05_04 Imperial Sugar Letter to the Honorable Sonny Perdue.pdf | | IMP | |
| 138 | 20170505-113551 | 20170505-113551-01 | Ryan Weston | Earl Comstock | RE: invitation: Mexico | 5.4..2017 Sugar Letter to Trump.pdf | | USDA | ASC |
| 139 | 20170509-52552 | | Robert Cassidy | Sally Gannon | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | | ASC | |
| 140 | 20170511-111643 | 20170511-111643-01 | Barbara Fesco | Sally Gannon | FW: FSA Reasoning | REASONS WHY MEXICO SHOULD RECONSIDER 99.2 to Jason.docx | | USDA | |
| 141 | 20170512-40100 | | Sally Gannon | Robert Cassidy | RE: PREDECISIONAL INFORMATION | | | ASC | DOC |

Email and Document Log

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 142 | 20170515-100336 | 20170515-100336-01 | Michael Gorrell | Wilbur Ross | Letter from Imperial Sugar to Secretary Ross | 2017_05_15 Imperial Sugar Letter to the Honorable Wilbur Ross and Honorable Sonny Perdue.pdf | | IMP | |
| 143 | 20170515-90001 | 20170515-90001-01 | Wendy Teramoto | Wilbur Ross | Fwd: document | Sugar.pdf | MEX | |
| 144 | 20170516-84822 | 20170516-84822-01 | Kenneth Smith | Wendy Teramoto | Additional information for Secretary Ross on Mexican sugar exports | US Imports from Mexico of Sugar Pct Distribution 2016.pdf | GOM | |
| 145 | 20170516-14619 | | Earl Comstock | Kenneth Smith | Re: USDOC proposal? | | GOM | DOC |
| 146 | 20170516-51420 | 20170516-51420-01 | Kenneth Smith | Wendy Teramoto | MEXICAN SUGAR SUSPENSION AGREEMENT may 2017 | MEXICAN SUGAR SUSPENSION AGREEMENT may 2017.docx | GOM | DOC |
| 147 | 20170516-62819 | 20170516-62819-01 | Kenneth Smith | Wendy Teramoto | RE: MEXICAN SUGAR SUSPENSION AGREEMENT may 2017 | MEXICAN SUGAR SUSPENSION AGREEMENT may 16.docx | GOM | DOC |
| 148 | 20170517-93300 | 20170517-93300-01 | Wilbur Ross | J. Pepe Fanjul | Proposal for Discussion | MEXICAN SUGAR SUSPENSION AGREEMENT may 2017.docx | DOC | |
| 149 | 20170517-104101 | 20170517-104101-01 | Earl Comstock | Robert Cassidy | Fwd: Proposal for Discussion | MEXICAN SUGAR SUSPENSION AGREEMENT may 2017.docx | ASC | DOC |
| 150 | 20170517-15259 | 20170517-15259-01 | J. Pepe Fanjul | Wilbur Ross | RE: Proposal for Discussion | Letter -- Secretary Wilbur Ross (2017-05-17).pdf | DOC | ASC |
| 151 | 20170517-15655 | | Earl Comstock | Robert Cassidy | Re: PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCOSURE | | ASC | DOC |
| 152 | 20170519-113011 | | Robert Cassidy | Sally Gannon | PREDECISIONAL INFORMAITON; NOT FOR PUBLIC DISCLOSURE | | ASC | |
| 153 | 20170522-45348 | 20170522-45348-01 | Brooke Alexander | Wilbur Ross | Fwd: Mexico Trade Case | Letter -- Secretary Wilbur Ross (2017-05-21).pdf | ASC | |
| | | 20170522-45348-02 | | | | Enclosure (2017-05-21).pdf | ASC | |

| 154 | 20170523-120431 | | Kenneth Smith | Earl Comstock | Re: News on sugar? | | | GOM | DOC |
| 155 | 20170524-110353 | | Earl Comstock | Kenneth Smith | Re: News on sugar? | | | GOM | DOC |
| 156 | 20170524-113418 | 20170524-113418-01 | Earl Comstock | Kenneth Smith | Revised Proposal | Revised Key Elements DOC 052417 8 PM.docx | | DOC | |
| 157 | 20170525-102933 | 20170525-102933-01 | Earl Comstock | Robert Cassidy | Further Revised Draft Proposal | Revised Key Elements DOC 052517.docx | | DOC | |
| 158 | 20170526-55950 | | Earl Comstock | Robert Cassidy | Re: Further Revised Draft Proposal | | | | |
| 159 | 20170530-23648 | 20170530-23648-01 | Robert Cassidy | Earl Comstock | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | 17-5-30 ASC Recommendations for Response to GOM May 24 proposal.docx | | ASC | |
| | | 20170530-23648-02 | | | | 17-5-30 ASC Recommendation for revision of the suspension agreements.docx | | ASC | |
| 160 | 20170530-24227 | 20170530-24227-01 | Robert Cassidy | Earl Comstock | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | 17-5-30 ASC Recommendations for Response to GOM May 24 proposal.docx | | ASC | DOC |
| 161 | 20170601-31200 | | Sally Gannon | Earl Comstock | FW: (BFW) Visit to DC Coincides w/Sugar Deal Deadline: Mexico's Guajardo | | | USDA | |
| 162 | 20170601-45231 | | Robert Cassidy | Sally Gannon | PREDECISIONAL INFORMATION | | | ASC | |
| 163 | 20170601-103127 | 20170601-103127-01 | Kenneth Smith | Earl Comstock | Mexican sugar counterproposal June 1st 2017 | Revised Key Elements DOC June 1 2017.docx | | MEX | |
| 164 | 20170602-73605 | 20170602-73605-01 | Earl Comstock | Robert Cassidy | Offer from GoM and Call Today | Revised Key Elements DOC June 1 2017.docx | Referencing call 6/2/17 | ASC | DOC |
| 165 | 20170602-111545 | | Earl Comstock | Robert Cassidy | Re: ASC call at 1:30 today is good | | Referencing call 1:30 pm | ASC | DOC |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 166 | 20170602-35027 | 20170602-35027-01 | Alyssa Pompeil | Earl Comstock | Sugar Suspension Agreement Renegotiations | 06.02.2017 Letter from K. Orsini.pdf | | CSC | |
| 167 | 20170602-62933 | 20170602-62933-01 | Robert Cassidy | Earl Comstock | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | 17-6-2 ASC Recommendations for Response to GOM June 1 Proposal.pdf | | ASC | |
| 168 | 20170602-72252 | 20170602-72252-01 | Robert Cassidy | Earl Comstock | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | 17-6-2 ASC Recommendations for Response to GOM June 1 Proposal.pdf | | ASC | |
| | | 20170602-72252-02 | | | | 17-6-2 ASC Recommendation for revision of the suspension agreements (April 24 propsal as modified by GOM May 24 and June 1 proposals and ASC June 2 recommendtions.pdf | | | |
| 169 | 20170603-84848 | 20170603-84848-01 | Jason Hafemeister | Earl Comstock | Fwd: Additional sugar - background | Sugar Suspension Agreement v2.docx | | USDA | |
| 170 | 20170603-90647 | | Earl Comstock | Jason Hafemeister | Re: Additional sugar - background | | | DOC | |
| 171 | 20170603-95838 | 20170603-95838-01 | Earl Comstock | Kenneth Smith | US Sugar Response | 17-6-2 ASC Recommendations for Response to GOM June 1 Proposal.pdf | Possible 6/3/17 11AM | DOC | |
| 172 | 20170603-40332 | 20170603-40332-01 | Kenneth Smith | Earl Comstock | Mexico comments to US Sugar Response | MX comments to US proposal June 3 2017.docx | | GOM | DOC |
| 173 | 20170603-54418 | | Earl Comstock | Kenneth Smith | Call Between Sec Ross and Min Guajardo | | | GOM | |
| 174 | 20170604-82324 | 20170604-82324-01 | Earl Comstock | Kenneth Smith | Revised DoC Proposal | DOC KEY TERMS OF PROPOSAL JUNE 4, 2017 8-15 AM DRAFT CLEAN.docx | References call that day | DOC | |
| 175 | 20170604-92430 | | Earl Comstock | Kenneth Smith | Re: Revised DoC Proposal | | | DOC | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 176 | 20170604-94600 | | Barbara Fesco | Jason Hafemeister | FW: PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | | USDA | DOC |
| 177 | 20170604-100611 | | Earl Comstock | Kenneth Smith | Increases to Export Limit | | | DOC | |
| 178 | 20170604-100821 | | Earl Comstock | Jason Hafemeister | Re: PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | | USDA | DOC |
| 179 | 20170605-22242 | 20170605-22242-01 | Kenneth Smith | Earl Comstock | Mexican response to US proposal | DOC KEY TERMS OF PROPOSAL JUNE 4 2017 8 pm.docx | | GOM | |
| 180 | 20170605-83227 | 20170605-83227-01 | Earl Comstock | Robert Cassidy | Fwd: Comments on GoM Response Needed ASAP | GOM KEY TERMS OF PROPOSAL JUNE 4 2017 8 pm.docx | References call that morning | DOC | |
| 181 | 20170605-92932 | | Kenneth Smith | Earl Comstock | Re: Mexican response to US proposal | | | GOM | |
| 182 | 20170605-100200 | | Sally Gannon | Earl Comstock | RE: Comments on GoM Response Needed ASAP | | | USDA | DOC |
| 183 | 20170605-14507 | | Earl Comstock | Kenneth Smith | Re: Pending items | | | GOM | DOC |
| 184 | 20170605-20440 | 20170605-20440-01 | Robert Cassidy | Earl Comstock | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | 17-6-5 ASC proposal June 5, 2017 rev 1.pdf | | ASC | |
| 185 | 20170605-21044 | | Earl Comstock | Robert Cassidy | Re: PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | | ASC | DOC |
| 186 | 20170605-21235 | 20170605-21235-01 | Robert Cassidy | Earl Comstock | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | 17-6-5 ASC proposal June 5, 2017 rev 2.pdf | 6/5/2017, 2:30PM | ASC | DOC |
| 187 | 20170605-22027 | 20170605-22027-01 | Earl Comstock | Kenneth Smith | US Sugar Response | 17-6-5 ASC proposal June 5, 2017 rev 2.pdf | | DOC | |
| 188 | 20170605-44559 | 20170605-44559-01 | Kenneth Smith | Earl Comstock | FW: US Sugar Response | 17-6-5 ASC proposal June 5 2017 rev 2 (002).pdf | | GOM | DOC |

| 189 | 20170605-51745 | | Kenneth Smith | Earl Comstock | Re: US Sugar Response | | | GOM | DOC |
|---|---|---|---|---|---|---|---|---|---|
| 190 | 20170605-52156 | 20170605-52156-01 | Robert Cassidy | Earl Comstock | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | 17-6-5 TRQ Increases Since 2008.pdf | | ASC | |
| 191 | 20170605-52623 | | Kenneth Smith | Earl Comstock | Re: US Sugar Response | | | GOM | DOC |
| 192 | 20170605-111656 | 20170605-111656-01 | Earl Comstock | Kenneth Smith | Revised Amendments to Suspension Agreements | DOC PROPOSAL June 5 2017 2115.docx | | DOC | |
| 193 | 20170606-125657 | 20170606-125657-01 | Kenneth Smith | Earl Comstock | MX comments to US sugar draft June 6 12:49 am | DOC PROPOSAL June 5 2017 comentarios.docx | | GOM | DOC |
| 194 | 20170606-55942 | 20170606-55942-01 | Earl Comstock | Robert Cassidy | Draft Agreement for Discussion | DRAFT AGREEMENT June 6 2017.docx | 6/6/2017, 10AM | DOC | |
| 195 | 20170606-82557 | | Earl Comstock | Jason Hafemeister | Re: Talking Points and Draft Agreement | | | USDA | |
| 196 | 20170606-114229 | 20170606-114229-01 | Earl Comstock | Kenneth Smith | Extraordinary Circumstances Language | Extraordinary Circumstances Language | | DOC | |
| 197 | 20170606-124420 | 20170606-124420-01 | Robert Cassidy | Wilbur Ross | SUGAR FROM MEXICO PREDECISIONAL INFORMATION | 17-6-6 AMERICAN SUGAR COALITION letter to Ross.pdf | | ASC | |
| 198 | 20170606-10900 | 20170606-10900-01 | Earl Comstock | Robert Cassidy | URGENT - Additional Provision | DRAFT AGREEMENT rev2 June 6 2017.docx | | DOC | |
| 199 | 20170606-11030 | 20170606-11030-01 | Earl Comstock | Kenneth Smith | Further Revised Amendment Language | DRAFT AGREEMENT rev2 June 6 2017.docx | | DOC | |
| 200 | 20170606-15435 | | Robert Cassidy | Wilbur Ross | Mexico Sugar PREDECISIONAL INFORMATION | | | ASC | |
| 201 | 20170606-21023 | | Earl Comstock | Robert Cassidy | Re: Mexican Sugar PREDECISIONAL INFORMATION | | | ASC | DOC |
| 202 | 20170607-102844 | 20170607-102844-01 | Earl Comstock | Robert Cassidy | Draft Agreements | Draft Sugar AD Amendment Latest 060717 Final to GOM.docx | | DOC | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 20170607-102844-02 | | | | Draft Sugar CVD Amendment Latest 060717 FINAL to GOM.docx | | DOC | |
| 203 | 20170607-115449 | 20170607-115449-01 | Robert Cassidy | Earl Comstock | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | 17-6-6 DRAFT AGREEMENT rev2 June 6 2017.docx | | ASC | |
| 204 | 20170607-13600 | | Sally Gannon | Earl Comstock | Relaying USDA idea on Additional Needs Language | | | USDA | DOC |
| 204A | 20170607-35500 | 20170607-35500-01 | Sally Gannon | Adrienne Waite | FW: IL ag groups support quick sugar negotiation | Commerce.docx | | IL AG | |
| 205 | 20170607-41300 | 20170607-41300-01 | Sally Gannon | Kenneth Smith | FW: Sugar- next steps | Draft Sugar AD Amendment Latest 060717 Final to GOM.docx | | DOC | |
| | | 20170607-41300-02 | | | | Draft Sugar CVD Amendment Latest 060717 FINAL to GOM.docx | | | |
| 206 | 20170608-60440 | | Earl Comstock | Robert Cassidy | Re: PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | 6/7/2017 | ASC | DOC |
| 207 | 20170608-63611 | 20170608-63611-01 | Earl Comstock | Jason Hafemeister | US Sugar Claims for Review | Letter -- Secretary Wilbur Ross (2017-06-07).pdf | | DOC | ASC |
| | | 20170608-63611-02 | | | | 17-6-5 TRQ Increases Since 2008.pdf | | DOC | ASC |
| 208 | 20170608-100500 | 20170608-100500-01 | Sally Gannon | Mike Gorrell | RE: Sugar | DRAFT AGREEMENT rev2 June 6 2017.docx | | IMP | DOC |
| 209 | 20170608-123203 | 20170608-123203-01 | Ron Lord | Earl Comstock | FW: US Sugar Claims for Review | Letter -- Secretary Wilbur Ross (2017-06-07).pdf | | UDSA | DOC |
| | | 20170608-123203-02 | | | | 17-6-5 TRQ Increases Since 2008.pdf | | | |
| 210 | 20170608-22109 | | Michael Gorrell | Sally Gannon | RE: Sugar | | | | |
| 211 | 20170608-41800 | 20170608-41800-01 | Robert Cassidy | Earl Comstock | RE: PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | | ASC | DOC |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 212 | 20170608-44328 | 20170608-44328-01 | Aristeo Lopez | Sally Gannon | RE: Sugar- next steps | Draft Sugar AD Amendment Latest 06 08 17.docx | | GOM | DOC |
| | | 20170608-44328-02 | | | | Draft Sugar CVD Amendment Latest 06 08 17 (003).docx | | GOM | DOC |
| 213 | 20170608-53656 | | Aristeo Lopez | Sally Gannon | RE: Sugar- next steps | | | GOM | DOC |
| 214 | 20170608-55147 | | Aristeo Lopez | Sally Gannon | RE: Sugar- next steps | | | GOM | DOC |
| 215 | 20170608-62343 | | Sally Gannon | Aristeo Lopez | RE: Sugar- next steps | | | GOM | DOC |
| 216 | 20170609-121507 | | Earl Comstock | Sally Gannon | RE: US Sugar Claims for Review | | | DOC |
| 216A | 20170609-122500 | 20170609-122500-01 | Sally Gannon | Kevin Orsini | Sugar | DRAFT AGREEMENT rev2 June 6 2017 clean.docx | | DOC |
| 217 | 20170609-12253 | | Kenneth Smith | Earl Comstock | Re: Sugar- next steps | | | GOM | DOC |
| 218 | 20170609-31635 | 20170609-31635-01 | Robert Cassidy | Earl Comstock | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | 17-6-9 ASC recommendations for technical changes to the June 7 Draft Sugar CVD Amendment.docx | | ASC | DOC |
| | | 20170609-31635-02 | | | | 17-6-9 ASC recommendations for technical changes to June 7 Draft Sugar AD Amendment.docx | | ASC | DOC |
| 219 | 20170609-32627 | | Earl Comstock | Robert Cassidy | Re: PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | References possible phone call between Pepe Fanjul and Secretary Ross | ASC | DOC |
| 220 | 20170609-72549 | | Sally Gannon | Earl Comstock | Re: insert from GOM/industry in main Addl Needs paragraph | | | USDA | DOC |
| 221 | 20170610-123822 | | Earl Comstock | Jason Hafemeister | Re: Thank you - chart with final concerns | | | USDA | DOC |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 222 | 20170610-63816 | | Earl Comstock | Jason Hafemeister | Re: Sugar Concerns | | | USDA | DOC |
| 223 | 20170610-72742 | | Wilbur Ross | J. Pepe Fanjul | Re: Letter -- Secretary Wilbur Ross (2017-06-07).pdf | | | ASC | DOC |
| 224 | 20170611-95439 | | Earl Comstock | Kenneth Smith | Re: proposed revised sugar schedule | | | GOM | DOC |
| 225 | 20170612-102553 | | Robert Cassidy | Earl Comstock | RE: PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | | ASC | DOC |
| 226 | 20170612-113843 | | Robert Cassidy | Earl Comstock | RE: PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLOSURE | | References possible meeting | ASC | DOC |
| 227 | 20170612-121255 | | Robert Cassidy | Earl Comstock | RE: Side Agreement | | 6/12/2017, 1:30PM | ASC | DOC |
| 228 | 20170612-125838 | 20170612-125838-01 | Sally Gannon | Kenneth Smith | RE: Meeting today to initial sugar term sheet | Draft Sugar CVD Amendment Latest 061217.docx | | GOM | DOC |
| | | 20170612-125838-02 | | | | Draft Sugar AD Amendment Latest 061217.docx | | GOM | DOC |
| 229 | 20170612-12839 | 20170612-12839-01 | Robert Cassidy | Earl Comstock | PREDECISIONAL INFORMATION; NOT FOR PUBLIC DISCLSURE | 17-6-12 USDA and DOC Understanding.pdf | | ASC | DOC |
| 230 | 20170612-45900 | | Sally Gannon | Aristeo Lopez | Section V.B.4.b change | | | DOC | |
| 231 | 20170612-50916 | | Kenneth Smith | Earl Comstock | Re: Meeting today to initial sugar term sheet | | 6/12/2017, 5:30PM | GOM | DOC |
| 232 | 20170612-51231 | | Aristeo Lopez | Sally Gannon | RE: Meeting today to initial sugar term sheet | | | GOM | DOC |
| 233 | 20170612-51900 | | Sally Gannon | Aristeo Lopez | RE: Meeting today to initial sugar term sheet | | | GOM | DOC |
| 234 | 20170612-62600 | 20170612-62600-01 | Sally Gannon | Kenneth Smith | Drafts as they stand | Draft Sugar CVD Amendment Final 061217.docx | | DOC | |
| | | 20170612-62600-02 | | | | Draft Sugar AD Amendment Final 061217.docx | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 235 | 20170613-105424 | | Earl Comstock | Sally Gannon | FW: Two amendments | | | | USDA | DOC |
| 236 | 20170613-114722 | | Ronald Lord | Sally Gannon | RE: Changes in CVD Amendment for May 1st Concept | | | | USDA | DOC |
| 237 | 20170613-121957 | 20170613-121957-01 | Sally Gannon | Aristeo Lopez | RE: Drafts as they stand | Draft Sugar CVD Amendment Final 061317 .docx | | | DOC | |
| | | 20170613-121957-02 | | | | Draft Sugar AD Amendment Final 061317.docx | | | | |
| 238 | 20170613-125428 | | Jason Hafemeister | Sally Gannon | RE: Please see revisions in the CVD draft amendment | | | | USDA | DOC |
| 239 | 20170613-20443 | 20170613-20443-01 | Aristeo Lopez | Sally Gannon | RE: Drafts as they stand | Draft Sugar CVD Amendment Mex comments.docx | | | GOM | DOC |
| 240 | 20170613-21300 | 20170613-21300-01 | Sally Gannon | Earl Comstock | FW: Drafts as they stand | Draft Sugar CVD Amendment Mex comments.docx | | | MEX | DOC |
| 241 | 20170613-24800 | | Sally Gannon | Earl Comstock | RE: Drafts as they stand | | | | MEX | DOC |
| 242 | 20170613-44124 | | Ronald Lord | Sally Gannon | RE: Drafts as they stand | | | | USDA | DOC |
| 243 | 20170613-44703 | 20170613-44703-01 | Sally Gannon | Aristeo Lopez | RE: Drafts as they stand | Draft Sugar CVD Amendment Final 061317 REV.docx | | | GOM | DOC |
| | | 20170613-44703-02 | | | | Draft Sugar AD Amendment Final 061317.docx | | | | |
| 244 | 20170613-54421 | | Earl Comstock | Jason Hafemeister | Can we have a call ASAP on USDA Pre and Post April 1 | | 6/13/2017 | DOC | | |
| 245 | 20170613-63305 | | Jason Hafemeister | Earl Comstock | RE: Can we have a call ASAP on USDA Pre and Post April 1 | | 6/13/2017 | UDSA | DOC | |
| 246 | 20170613-74400 | | Sally Gannon | Aristeo Lopez | RE: Drafts as they stand | | | | | |
| 247 | 20170613-75736 | 20170613-75736-01 | Sally Gannon | Aristeo Lopez | RE: Drafts as they stand | Draft Sugar CVD Amendment Final 061317 REV 8 PM tc.docx | | | GOM | DOC |
| | | 20170613-75736-02 | | | | Draft Sugar CVD Amendment Final 061317 REV 8 PM clean.docx | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 20170613-75736-03 | | | | Draft Sugar AD Amendment Final 061317 8 PM tc.docx | | | |
| | | 20170613-75736-04 | | | | Draft Sugar AD Amendment Final 061317 8 PM clean.docx | | | |
| 247A | 20170614-53400 | 20170614-53400-01 | Sally Gannon | Jeffrey Grimson | FW: Draft initialed amendments | CVD Draft Amendment Public ACCESS 061417.pdf | | DOC | |
| | | 20170614-53400-02 | | | | AD Draft Amendment Public ACCESS 061417.pdf | | | |
| 247B | 20170614-53700 | 20170614-53400-01 | Sally Gannon | Rick Pasco | FW: Draft initialed amendments | CVD Draft Amendment Public ACCESS 061417.pdf | | DOC | |
| | | 20170614-53400-02 | | | | AD Draft Amendment Public ACCESS 061417.pdf | | | |
| 247C | 20170614-62556 | | Sally Gannon | Jeffrey Grimson | RE: Draft initialed amendments | | | BAT | |
| 248 | 20170615-15315 | 20170615-15315-01 | Robert Cassidy | Earl Comstock | Sugar Industry Press Release | 17-6-15 Press Release.pdf | | ASC | |
| 249 | 20170626-92517 | | Jason Hafemeister | Sally Gannon | RE: Pre April 1 not subject to split language | | | USDA | DOC |
| 250 | 20170626-93021 | | Earl Comstock | Sally Gannon | Re: Pre April 1 not subject to split language | | | USDA | DOC |
| 251 | 20170626-94400 | 20170626-94400-01 | Sally Gannon | Jason Hafemeister | RE: Pre April 1 not subject to split language | Chart summarising comments 062617 updated.docx | | USDA | DOC |
| 252 | 20170626-23200 | | Sally Gannon | Aristeo Lopez | RE: signing | | | | |
| 253 | 20170626-64345 | | Earl Comstock | Kenneth Smith | Re: Logistics for signature of suspension agreements | | | GOM | DOC |
| 254 | 20170627-32925 | | Earl Comstock | Paul Farmer | Re: Proposal for saving CSC Sugar | | | CSC | DOC |
| 255 | 20170627-54056 | | Jason Hafemeister | Sally Gannon | RE: Proposal for saving CSC Sugar | | | CSC | USDA |
| 256 | 20170629-62728 | | Earl Comstock | Paul Farmer | Re: CSC Sugar | | | CSC | DOC |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 257 | 20170629-44230 | | Kenneth Smith | Earl Comstock | RE: Logistics for signature of suspension agreements | | | GOM | DOC |
| 258 | 20170629-55702 | | Earl Comstock | Kenneth Smith | Re: Logistics for signature of suspension agreements | | | GOM | DOC |
| 259 | 20170629-62126 | | Sally Gannon | Kenneth Smith | CVD Amendment - minor change | | | DOC | |
| 260 | 20170630-114600 | 20170630-114600-01 | Sally Gannon | Kenneth Smith | AD and CVD final amendment texts | Final CVD Sugar Amendment 063017 1135 AM TO GOM-IND.docx | | DOC | |
| | | 20170630-114600-02 | | | | Final AD Sugar Amendment 063017 1135 AM TO GOM-IND.docx | | DOC | |
| 261 | 20170630-12335 | | Ricardo Rojas | Sally Gannon | RE: AD and CVD final amendment texts | | | MEX | DOC |
| 262 | 20170630-32300 | 20170630-32300-01 | Sally Gannon | Kenneth Smith | FW: Please see these versions | Final CVD Sugar Amendment 063017 315 PM.docx | | DOC | |
| | | 20170630-32300-02 | | | | Final AD Sugar Amendment 063017 315 PM.docx | | DOC | |
| 263 | 20170630-43433 | | Ricardo Rojas | Sally Gannon | RE: Please see these versions | | | MEX | DOC |
| 264 | 20170630-44341 | 20170630-44341-01 | Ricardo Rojas | Sally Gannon | U/S JCB signature | CVD JCB Signature 06 30 2017.pdf | | GOM | |
| 265 | 20170630-51300 | 20170630-51300-01 | Sally Gannon | Ricardo Rojas | RE: U/S JCB signature | Final Signed CVD Sugar Amendment 063017.pdf | | GOM | DOC |
| 266 | 20170630-53800 | | Sally Gannon | Ricardo Rojas | RE: U/S JCB signature | | | | |
| 267 | 20170630-61200 | 20170630-61200-01 | Sally Gannon | Robert Cassidy | RE: Sugar from Mexico | Final Signed CVD Sugar Amendment 063017.pdf | | ASC | DOC |
| | | 20170630-61200-02 | | | | Final Signed AD Sugar Amendment 063017.pdf | | ASC | DOC |
| 268 | 20170630-61635 | 20170630-61635-01 | Sally Gannon | Greg Spak | RE: Agreements | Final Signed CVD Sugar Amendment 063017.pdf | | IMP | DOC |
| | | 20170630-61635-02 | | | | Final Signed AD Sugar Amendment 063017.pdf | | | |
| 269 | 20170630-61826 | 20170630-61826-01 | Sally Gannon | Paul Farmer | Sugar amendments | Final Signed CVD Sugar Amendment 063017.pdf | | DOC | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 20170630-61826-02 | | | | Final Signed AD Sugar Amendment 063017.pdf | | DOC | |
| 269A | 20170630-62500 | 20170630-62500-01 | Sally Gannon | Jeffrey Grimson | FW: AD/CVD sugar amendments | Final Signed CVD Sugar Amendment 063017.pdf | | DOC | |
| | | 20170630-62500-02 | | | | Final Signed AD Sugar Amendment 063017.pdf | | | |
| 269B | 20170630-62700 | 20170630-62700-01 | Sally Gannon | Rick Pasco | FW: AD/CVD sugar amendments | Final Signed CVD Sugar Amendment 063017.pdf | | DOC | |
| | | 20170630-62700-02 | | | | Final Signed AD Sugar Amendment 063017.pdf | | | |
| 269C | 20170630-63800 | | Sally Gannon | Jeffrey Grimson | RE: AD/CVD sugar amendments | | | BAT | |
| 270 | 20170630-72622 | 20170630-72622-01 | Ricardo Rojas | Earl Comstock | Press release | COURTESY TRANSLATION Mexico SA Press release 06 30 2017.docx | | MEX | DOC |
| | | 20170630-72622-02 | | | | Boletín 100 Mex-EUA-Azucar.docx | | MEX | DOC |
| 271 | 20170630-73043 | 20170630-73043-01 | Ricardo Rojas | Earl Comstock | RE: Please see these versions | Boletín 100 Mex-EUA-Azucar.docx | | MEX | DOC |
| | | 20170630-73043-02 | | | | COURTESY TRANSLATION Mexico SA Press release 06 30 2017.docx | | MEX | DOC |
| 272 | 20170703-10020 | | Paul Farmer | Sally Gannon | Mexico Suspension Agreement | | | CSC | |