October 11, 2018

UNITED STATES DEPARTMENT OF COMMERCE - INTERNATIONAL TRADE ADMINISTRATION – AMENDED INDEX TO ADMINISTRATIVE RECORD
CASE NUMBER C-201-846 – Sugar from Mexico

*Contains Data files*

**\* Public Document \* Public Document \* Public Document**

|  | Filed Date-Time | Title | Pertaining To (collective entity) | Bar Code | Type |
|---|---|---|---|---|---|
| 1 Public Document | 12/22/2014 9:15 | Susp Agreement Notice | Interested Parties | 3248540-01 | FR_Notice_Unpublished |
| 2 Public Document | 12/29/2014 12:21 | APO | All APO Authorized Applicants | 3249571-01 | APO |
| 3 Public Document | 12/29/2014 12:24 | Susp Agreement Notice | Mexican Producers/Exporters | 3249576-01 | FR_Notice_Published |
| 4 Public Document | 12/30/2014 15:46 | Susp Agreement Instructions | Mexican Exporters | 3249869-01 | Customs_Instructions |
| 5 Public Document | 1/9/2015 15:53 | EOA & APO Application | Batory | 3251541-01 | APO |
| 6 Public Document | 1/9/2015 17:25 | EOA & APO Application | GOM | 3251589-01 | APO |
| 7 Public Document | 1/13/2015 11:49 | EOA & APO Application | Petitioners | 3252263-01 | APO |
| 8 Public Document | 1/15/2015 16:44 | EOA & APO Application | Camara | 3252878-01 | APO |
| 9 Public Document | 1/22/2015 15:05 | EOA & APO Application | Camara | 3254818-01 | APO |
| 10 Public Document | 2/3/15 13:59 | Entry of Appearance | Imperial Sugar | 3257307-01 | Letter |
| 11 Public Document | 2/3/2015 14:03 | APO Application | Imperial Sugar | 3257309-01 | APO |
| 12 Public Document | 7/24/2015 16:02 | Memo of Understanding | USDA | 3293504-01 | Memo |
| 13 Public Document | 7/29/2015 15:08 | Amended APO Application | Batory | 3294731-01 | APO |
| 14 Public Document | 8/26/2015 13:54 | Amended APO Application | Petitioners | 3300602-01 | APO |
| 15 Public Document | 9/3/2015 10:08 | Amended APO Application | Batory | 3302019-01 | APO |

| | | | | | |
|---|---|---|---|---|---|
| 16 Public Document | 11/12/2015 11:22 | Amended APO Application | Petitioners | 3416438-01 | APO |
| 17 Public Document | 12/3/2015 9:54 | Amended APO Application | Batory Foods | 3422108-01 | APO |
| 18 Public Document | 12/18/2015 11:07 | Amended APO Application | Camara | 3426990-01 | APO |
| 19 Public Document | 2/10/2016 13:18 | Amended APO Application | Govt Mexico | 3440721-01 | APO |
| 20 Public Document | 2/11/2016 16:47 | EOA & APO Application | Camara | 3441494-01 | APO |
| 21 Public Document | 2/12/2016 12:27 | Amended APO Application | Petitioners | 3441738-01 | APO |
| 22 Public Document | 2/18/2016 16:35 | Amended EOA & APO Application | Camara | 3443177-01 | APO |
| 23 Public Document | 2/23/2016 15:29 | Amended APO Application | Camara | 3444195-01 | APO |
| 24 Public Document | 4/12/2016 16:10 | APO Application | Zucarmex | 3458621-01 | APO |
| 25 Public Document | 4/13/2016 13:22 | Amended EOA & APO Application | Camara | 3458819-01 | APO |
| 26 Public Document | 4/26/2016 10:51 | Entry of Appearance | CSC | 3463545-01 | Entry_of_ Appearance |
| 27 Public Document | 5/17/2016 8:45 | USDA Request for Increase in Mexican Sugar Export Limit | USDA | 3469402-01 | Letter |
| 28 Public Document | 5/18/2016 14:50 | Export Limit Increase | Interested Parties | 3470199-01 | Memo |
| 29 Public Document | 6/3/2016 15:44 | Entry of Appearance | SUA | 3475592-01 | Entry_of_ Appearance |
| 30 Public Document | 6/27/2016 16:20 | Amended APO Application | Govt Mexico | 3482054-01 | APO |
| 31 Public Document | 6/28/2016 16:34 | Change of Legal Counsel | Government of Mexico | 3482315-01 | Letter |
| 32 Public Document | 6/30/2016 14:55 | Amended APO Application | Govt Mexico | 3483135-01 | APO |
| 33 Public Document | 6/30/2016 15:00 | Amended APO Application | Govt Mexico | 3483143-01 | APO |
| 34 Public Document | 7/21/2016 15:51 | Request to Amend APO | American Sugar Coalition and its members | 3489862-01 | APO |
| 35 Public Document | 7/28/2016 11:43 | Amended APO Application | Govt Mexico | 3491288-01 | APO |

| | | | | | |
|---|---|---|---|---|---|
| 36 Public Document | 7/28/2016 14:26 | Calc of Export Limit | Interested Parties | 3491411-01 | Memo |
| 37 Public Document | 8/4/2016 15:33 | Removal of Coalition Member | ASC | 3494950-01 | Letter |
| 38 Public Document | 9/21/2016 10:27 | September Export Limit Calc Memo | Govt Mexico | 3507888-01 | Letter |
| 39 Public Document | 10/7/2016 15:17 | Entry of Appearance | Pullman Sugar | 3512713-01 | Entry_of_Appearance |
| 40 Public Document | 11/18/2016 7:37 | Comments on Proposals | Zucarmex | 3523660-01 | Letter |
| 41 Public Document | 12/16/2016 14:42 | Calculation of December Export Limit | Interested Parties | 3530245-01 | Letter |
| 42 Public Document | 1/11/2017 16:52 | Transmits Previously Submitted Letters | SUA | 3535893-01 | Letter |
| 43 Public Document | 1/11/2017 16:52 | 4/29/16 Letter | SUA | 3535893-02 | Letter |
| 44 Public Document | 1/11/2017 16:52 | 6/9/16 Letter | SUA | 3535893-03 | Letter |
| 45 Public Document | 1/11/2017 16:52 | 9/19/16 Letter | SUA | 3535893-04 | Letter |
| 46 Public Document | 1/12/2017 13:51 | Reply to 12/5/16 Imperial Sugar Submission | Camara | 3536016-01 | Letter |
| 47 Public Document | 1/12/2017 15:21 | Placing Documents on the Public Record | Imperial Sugar | 3536110-01 | Letter |
| 48 Public Document | 1/18/2017 14:02 | Congressional Letters and Responses | Interested Parties | 3537612-01 | Memo |
| 49 Public Document | 1/18/2017 14:26 | Company Letters and Responses | Interested Parties | 3537622-01 | Memo |
| 50 Public Document | 1/18/2017 14:32 | Responses to Letters on Record | Interested Parties | 3537634-01 | Memo |
| 51 Public Document | 1/19/2017 13:50 | Amended APO Application | Petitioners | 3537918-01 | APO |
| 52 Public Document | 1/30/2017 14:53 | Amended APO Application | Petitioners | 3539780-01 | APO |
| 53 Public Document | 2/27/2017 14:40 | Entry of Appearance/APO Application | GOM | 3546588-01 | APO |
| 54 Public Document | 3/3/2017 16:03 | Amended APO Application | Batory, Batory de Mexico | 3548647-01 | APO |
| 55 Public Document | 3/10/2017 12:52 | Entry of Appearance | Pullman Sugar | 3550153-01 | Entry_of_Appearance |

| | | | | | |
|---|---|---|---|---|---|
| 56 Public Document | 3/13/2017 16:58 | March Export Calculation for April 1 | All Interested Parties | 3551012-01 | Memo |
| 57 Public Document | 3/24/2017 15:17 | Amended APO Application | Petitioners | 3554853-01 | APO |
| 58 Public Document | 4/4/2017 17:21 | Meeting with Secretary Wilbur Ross | GOM | 3560055-01 | Memo |
| 59 Public Document | 5/1/2017 19:35 | DOC Intent to Terminate CVD SA | Gov't of Mexico | 3567612-01 | Letter |
| 60 Public Document | 5/31/2017 14:55 | Amended APO Application | ASC | 3576846-01 | APO |
| 61 Public Document | 6/2/2017 10:42 | APO Removal | Camara | 3577523-01 | APO |
| 62 Public Document | 6/2/2017 17:09 | Req Terminate Susp Agreements - Part 1 | ASC | 3577978-01 | Letter |
| 63 Public Document | 6/2/2017 17:09 | Req Terminate Susp Agreements - Part 2 | ASC | 3577978-02 | Letter |
| 64 Public Document | 6/2/2017 17:09 | Req Terminate Susp Agreements - Part 3 | ASC | 3577978-03 | Letter |
| 65 Public Document | 6/2/2017 17:09 | Req Terminate Susp Agreements - Part 4 | ASC | 3577978-04 | Letter |
| 66 Public Document | 6/2/2017 17:09 | Req Terminate Susp Agreements - Part 5 | ASC | 3577978-05 | Letter |
| 67 Public Document | 6/2/2017 17:12 | Req Terminate Susp Agreements - Part 6 | ASC | 3577978-06 | Letter |
| 68 Public Document | 6/5/2017 23:45 | Letter re Susp Agreement | GOM | 3578485-01 | Letter |
| 69 Public Document | 6/7/2017 6:25 | Letter on Agreement | Govt Mexico | 3578795-01 | Letter |
| 70 Public Document | 6/7/2017 15:41 | Amended APO Application | Govt Mexico | 3579031-01 | APO |
| 71 Public Document | 6/14/2017 16:37 | Letter to Invite Comment CVD Amendment 061417 | Interested Parties | 3581206-01 | Letter |
| 72 Public Document | 6/17/2017 11:24 | Cmt Deadlines -Cover Memo - Pt. 1 | Interested Parties | 3582390-01 | Memo |
| 73 Public Document | 6/17/2017 11:24 | Stautory Draft Memorandum - Pt. 2 | Interested Parties | 3582390-02 | Memo |
| 74 Public Document | 6/19/2017 15:12 | Comments Placed on Record | Petitioners | 3582604-01 | Letter |
| 75 Public Document | 6/20/2017 10:34 | Comments on SA Amendments | ISTC | 3582909-01 | Letter |

| | | | | | |
|---|---|---|---|---|---|
| 76 Public Document | 6/21/2017 12:59 | Ex Parte Memo | SUA | 3583328-01 | Memo |
| 77 Public Document | 6/21/2017 13:41 | Comments on Proposed Amendments | ASIA | 3583346-01 | Response |
| 78 Public Document | 6/21/2017 14:56 | Comments on Proposed Amendments | CSC Sugar | 3583412-01 | Letter |
| 79 Public Document | 6/21/2017 15:10 | Comments on Proposed Amendments | CRA | 3583431-01 | Letter |
| 80 Public Document | 6/21/2017 15:43 | Comments on Proposed Amendments | OTA | 3583468-01 | Letter |
| 81 Public Document | 6/21/2017 15:53 | Comments on Proposed Amendments | Archer Daniels Midland | 3583477-01 | Letter |
| 82 Public Document | 6/21/2017 16:17 | Comments on Proposed Amendments | ASC | 3583547-01 | Letter |
| 83 Public Document | 6/21/2017 16:54 | Comments on Proposed Amendments | Imperial Sugar | 3583621-01 | Letter |
| 84 Public Document | 6/21/2017 16:59 | Comments on Suspension Agreement | GOC | 3583627-01 | Letter |
| 85 Public Document | 6/21/2017 17:08 | Comments on Proposed Amendments | SUA | 3583631-01 | Letter |
| 86 Public Document | 6/23/2017 12:39 | Comments on Suspension Agreements | Barbados, Belize, Dominican Republic, Guyana, Jamaica | 3584301-01 | Letter |
| 87 Public Document | 6/26/2017 14:00 | Rebuttal Comments re Proposed Amendments | Camara | 3584993-01 | Letter |
| 88 Public Document | 6/26/2017 15:24 | Rebuttal Comments | ASC | 3585133-01 | Letter |
| 89 Public Document | 6/26/2017 15:39 | Rebuttal Comments | Govt Mexico | 3585174-01 | Letter |
| 90 Public Document | 6/26/2017 16:05 | Rebuttal Comments on Draft Agreement Amendments | Zucarmex SA and Zucrum Foods | 3585197-01 | Letter |
| 91 Public Document | 6/30/2017 11:12 | Placing Press Release on Record | Interested Parties | 3587223-01 | Memo |

| | | | | | |
|---|---|---|---|---|---|
| 92 Public Document | 6/30/2017 12:35 | Comments on Suspension Agreements | CBI Countries | 3587315-01 | Letter |
| 93 Public Document | 6/30/2017 18:17 | Amendment | Interested Parties | 3587888-01 | FR_Notice_ Unpublished |
| 94 Public Document | 6/30/2017 18:22 | Text of CVD Amendment | Interested Parties | 3587890-01 | Memo |
| 95 Public Document | 7/14/2017 15:17 | Amendment to Susp. Agreement | Interested Parties | 3593490-01 | FR_Notice_ Published |
| 96 Public Document | 8/3/2017 13:14 | Amended APO Application | Govt Mexico | 3604042-01 | APO |
| 97 Public Document | 8/4/2017 16:50 | Amended APO Application | Batory | 3604637-01 | APO |
| 98 Public Document | 8/4/2017 16:54 | Amended APO Application | Batory | 3604644-01 | APO |
| 99 Public Document | 8/7/2017 18:50 | Customs Instructions | Interested Parties | 3605220-01 | Customs_ Instructions |
| 100 Public Document | 8/7/2017 18:50 | CVD Comments Memo - Part 1 | Interested Parties | 3605221-01 | Memo |
| 101 Public Document | 8/7/2017 18:50 | CVD Comments Memo - Part 2 | Interested Parties | 3605221-02 | Memo |
| 102 Public Document | 8/7/2017 18:51 | Corrected Customs Instructions | Interested Parties | 3605223-01 | Customs_ Instructions |
| 103 Public Document | 8/7/2017 18:53 | CVD Statutory Memo | Interested Parties | 3605224-01 | Memo |
| 104 Public Document | 9/8/2017 16:44 | CBP Info Placed on Record | Interested Parties | 3617800-01 | Memo |
| 105 Public Document | 10/30/2017 17:37 | Congressional Letters for the Record | Interested Parties | 3634865-01 | Memo |
| 106 Public Document | 9/24/18 5:54 | Log of Ex Parte Meetings, Phone Calls & E-Mail Communications | Interested Parties | 3756517-01 | Memo |
| 107 Public Document | 9/28/18 3:53 | Updated Log of Ex Parte Meetings, Phone Calls & E-Mail | Interested Parties | 3757897-01 | Memo |
| 108 Public Document | 9/28/18 4:24 | Instructions to Parties Regarding the Treatment of Commerce Information | Interested Parties | 3757943-01 | Memo |
| 109 Public Document | 10/4/18 1:16 | Supplement to the Administrative Record | Cámara | 3759410-01 | Response |

| | | | | | |
|---|---|---|---|---|---|
| 110 Public Document | 10/4/18 1:55 | Supplement to the Administrative Record | CSC Sugar | 3759448-01 | Response |
| 111 Public Document | 10/4/18 2:33 | Supplement to the Administrative Record | Batory | 3759496-01 | Response |
| 112 Public Document | 10/4/18 2:40 | Supplement to the Administrative Record | Imperial Sugar | 3759512-01 | Response |
| 113 Public Document | 10/4/18 3:11 | Supplement to the Administrative Record | GOM | 3759577-01 | Response |
| 114 Public Document | 10/4/18 4:05 | Supplement to the Administrative Record | Petitioners | 3759679-01 | Response |
| 115 Public Document | 10/4/18 4:09 | Telephone Call w Counsel | CSC Sugar | 3759683-01 | Memo |
| 116 Public Document | 10/4/18 4:25 | Additional Supplement to the Administrative Record | CSC Sugar | 3759707-01 | Response |
| 117 Public Document | 10/10/18 7:51 | SUA CRA ILAG Supplement Cover | SUA, CRA, ILAG | 3761215-01 | Memo |
| 118 Public Document | 10/10/18 7:51 | SUA CRA ILAG Supplement | SUA, CRA, ILAG | 3761215-02 | Memo |
| 119 Public Document | 10/10/18 8:08 | USDA Supplement Cover Memo | USDA | 3761221-01 | Memo |
| 120 Public Document | 10/10/18 8:08 | USDA Supplement Ex 2 Pt 1 | USDA | 3761221-02 | Memo |
| 121 Public Document | 10/10/18 8:08 | USDA Supplement Ex 2 Pt 2 | USDA | 3761221-03 | Memo |
| 122 Public Document | 10/10/18 9:15 | Commerce Supplement Cover | Interested Parties | 3761255-01 | Memo |
| 123 Public Document | 10/10/18 9:15 | Commerce Supplement Part 1 | Interested Parties | 3761255-02 | Memo |
| 124 Public Document | 10/10/18 9:15 | Commerce Supplement Part 2 | Interested Parties | 3761255-03 | Memo |
| 125 Public Document | 10/10/18 9:15 | Commerce Supplement Part 3 | Interested Parties | 3761255-04 | Memo |
| 126 Public Document | 10/10/18 9:15 | Commerce Supplement Part 4 | Interested Parties | 3761255-05 | Memo |

| | | | | | |
|---|---|---|---|---|---|
| 127 Public Document | 10/10/18 9:17 | Commerce Supplement Part 5 | Interested Parties | 3761260-01 | Memo |
| 128 Public Document | 10/11/18 12:22 | USTR Supplement | USTR | 3761410-01 | Memo |